# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 6:19-cv-111 |
| | ) |
| v. | ) Judge: Doughty |
| | ) |
| ACAC, INC., | ) Magistrate: Whitehurst |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Michael Washington, ("Plaintiff"), through his attorney, Scott, Vicknair, Hair & Checki, LLC, informs this Honorable Court that the parties have reached a settlement to resolve all claims in this action. Plaintiff anticipates the parties filing a joint stipulation of dismissal, with prejudice, within 60 days. The parties respectfully request the Court remove all pending docket items but retain jurisdiction pending final dismissal.

Dated: March 30, 2020

Respectfully submitted,

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq., Bar Roll No. 36081
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on March 30, 2020, I electronically filed the foregoing through the court's CM/ECF system, which will perfect service on all counsel of record:

/s/ *Samuel J. Ford*